IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED:  **07/16/09** |
| MICHAEL BOLLINGER, | : | VIOLATIONS: |
| TIMOTHY KASHNER, JR., |   | 18 U.S.C. § 371 (conspiracy to possess |
| COREY WOODS, | : | counterfeit currency - 1 count) |
| JAMES WENGER, |   | 18 U.S.C. § 371 (conspiracy to transfer and |
| NICOLE SAWYER | : | exchange counterfeit currency - 1 count) |
|   |   | 18 U.S.C. § 471 (manufacturing |
|   | : | counterfeit currency - 1 count) |
|   |   | 18 U.S.C. § 472 (possession and uttering of |
|   | : | counterfeit currency - 5 counts) |
|   |   | 18 U.S.C. § 473 (dealing in counterfeit |
|   | : | currency - 3 counts) |
|   |   | 18 U.S.C. § 2 (aiding and abetting) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. From on or about February 1, 2009, to on or about February 24, 2009, in Lancaster County, in the Eastern District of Pennsylvania, defendants

**MICHAEL BOLLINGER,
TIMOTHY KASHNER, JR.,
COREY WOODS,
JAMES WENGER, and
NICOLE SAWYER**

conspired and agreed together to commit offenses against the United States; that is, to possess, pass, and attempted to possess and pass, and concealed approximately $6,000 or more of falsely made, forged, and counterfeited obligations of the United States, with intent to defraud, in violation of Title 18, United States Code, Section 472.

## MANNER AND MEANS

It was a part of the conspiracy that:

2. Defendant MICHAEL BOLLINGER, assisted by other coconspirators, created counterfeit Federal Reserve Notes ("FRNs") for the purpose of passing them to purchase goods and materials.

3. Defendants MICHAEL BOLLINGER, TIMOTHY KASHNER, JR., COREY WOODS, and JAMES WENGER, at various times, purchased several all-in-one (also known as a 3-in-one) printers for the purpose of scanning genuine FRN's and producing counterfeit FRN's.

4. Defendant MICHAEL BOLLINGER provided other persons, including defendants KASHNER, JR., COREY WOODS, and JAMES WENGER with counterfeit FRN's to purchase merchandise and items from various merchants.

5. Defendant NICOLE SAWYER agreed to use her position as store manager at the Sheetz store ("Sheetz"), located at 4179 Oregon Avenue, Ephrata, PA, to accept counterfeit FRN's passed to her from defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., and deposit the FRN's in the store's security deposit bag.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, defendants committed the following overt acts, among others, in the Eastern District of Pennsylvania:

1. Starting on or about February 1, 2009, defendant MICHAEL BOLLINGER began discussing at various times with TIMOTHY KASHNER, JR., COREY WOODS, JAMES WENGER, and NICOLE SAWYER the manufacturing and passing of

counterfeit FRN's.

On or about February 21, 2009:

2. Defendant COREY WOODS, in the company of defendants MICHAEL BOLLINGER and JAMES WENGER, passed approximately $100 of counterfeit FRN's to purchase a Kodak ESP3 printer from Walmart, located at 890 E. Main Street, Ephrata, Pa.

3. Defendant COREY WOODS, accompanied by defendant JAMES WENGER, passed an unknown quantity of counterfeit FRN's at the Sunoco gas station, located at 529 W. Main Street, Ephrata, Pa.

4. Defendants MICHAEL BOLLINGER, COREY WOODS, and JAMES WENGER discussed having defendant BOLLINGER pass counterfeit FRN's with defendant NICOLE SAWYER's assistance at Sheetz where defendant SAWYER was a store manager.

5. Defendant MICHAEL BOLLINGER and defendant NICOLE SAWYER discussed and planned for defendant BOLLINGER and one other person to enter Sheetz on or about February 23, 2009, and for defendant BOLLINGER and another person to pass counterfeit FRN's to purchase merchandise, defendant SAWYER to accept the counterfeit FRN's using her position as a store manager and cashier, and for defendant SAWYER to deposit the counterfeit FRN's into the store's nightly deposit bag.

On or about February 22, 2009:

6. Defendant NICOLE SAWYER made her residence, located at 325 N. State Street, Ephrata, Pa., available to defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., for the purpose of printing and creating counterfeit FRN's intended to be passed at Sheetz.

7. Defendant NICOLE SAWYER assisted defendant MICHAEL

BOLLINGER create counterfeit $20 FRN's by providing sheets of paper and cutting counterfeit bills from the sheets of paper containing the counterfeit FRN's.

On or about February 23, 2009:

8. Defendant NICOLE SAWYER permitted defendant MICHAEL BOLLINGER and defendant TIMOTHY KASHNER, JR., to use her personal vehicle to drive to Sheetz for the purpose of passing counterfeit FRN's.

9. At approximately 6:03 p.m., defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., entered Sheetz together and purchased Lotto tickets, money orders and other items using counterfeit FRN"s.

10. Defendant NICOLE SAWYER accepted counterfeit FRN's presented to her by defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., and deposited the counterfeit FRN's into the drop safe of the cash register.

11. At approximately 8:25 p.m., defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., reentered Sheetz together and purchased items and merchandise using counterfeit FRN"s.

12. Defendant NICOLE SAWYER accepted counterfeit FRN's presented to her by defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., and deposited the counterfeit FRN's into the drop safe of the cash register.

13. At approximately 11:47 p.m., defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., reentered Sheetz together and purchased items and merchandise using counterfeit FRN"s.

14. Defendant NICOLE SAWYER accepted counterfeit FRN's presented to her by defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., and deposited the

counterfeit FRN's into the drop safe of the cash register.

15. During the early morning hours of February 24, 2009, defendant NICOLE SAWYER knowingly transferred the counterfeit FRN's received from defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR., from the cash register to the Brinks security deposit bag knowing the counterfeit FRN's would later be deposited into a financial institution, such as a bank.

16. On or about February 24, 2009, defendant NICOLE SAWYER accepted items and merchandise purchased the night before with counterfeit FRN's by defendants MICHAEL BOLLINGER and TIMOTHY KASHNER, JR.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about February 21, 2009, to on or about February 23, 2009, in Ephrata, in the Eastern District of Pennsylvania, defendants

**MICHAEL BOLLINGER, and
NICOLE SAWYER,**

with intent to defraud, falsely made, forged, counterfeited and altered obligations and securities of the United States, and aided and abetted the making, forging, counterfeiting and altering of obligations and securities of the United States that is, approximately $6,000 or more in counterfeit FRNs.

In violation of Title 18, United States Code, Section 471 and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 21, 2009, in Ephrata, in the Eastern District of Pennsylvania, defendant

**MICHAEL BOLLINGER,
JAMES WENGER, and
COREY WOODS,**

with intent to defraud, possessed, passed, attempted to pass, and concealed falsely made, forged, and counterfeited obligations of the United States, and aided and abetted the possession, passing, attempted passing, and concealment of falsely made, forged, and counterfeited obligations of the United States, that is, approximately $100 in counterfeit Federal Reserve Notes.

In violation of Title 18, United States Code, Sections 472 and 2.

## COUNTS FOUR THROUGH SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 23, 2009, in Ephrata, in the Eastern District of Pennsylvania, at the approximate times listed below, defendants

**MICHAEL BOLLINGER,
TIMOTHY KASHNER, JR., and
NICOLE SAWYER**

with intent to defraud, possessed, passed, attempted to pass, and concealed falsely made, forged, and counterfeited obligations of the United States, and aided and abetted the possession, passing, attempted passing, and concealment of falsely made, forged, and counterfeited obligations of the United States, that is, counterfeit Federal Reserve Notes in the approximate amounts listed below:

| COUNT | TIME | LOCATION | AMOUNT |
| --- | --- | --- | --- |
| 4 | 6:03 p.m. | Sheetz, 4179 Oregon Avenue, Ephrata, PA | $1,440.15 |
| 5 | 8:25 p.m. | Sheetz, 4179 Oregon Avenue, Ephrata, PA | $1,471.40 |
| 6 | 11:47 p.m. | Sheetz, 4179 Oregon Avenue, Ephrata, PA | $2,754.70 |

All in violation of Title 18, United States Code, Sections 472 and 2.

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about February 23, 2009, in Ephrata, in the Eastern District of Pennsylvania, defendants

**MICHAEL BOLLINGER,
TIMOTHY KASHNER, JR., and
NICOLE SAWYER**

conspired and agreed together to commit an offense against the United States; that is, to knowingly sell, transfer, and deliver counterfeit obligations of the United States, that is, approximately $5,666 in counterfeit Federal Reserve Notes, with the intent that the counterfeit Federal Reserve Notes be passed, published, and used as true and genuine.

### MANNER AND MEANS

2. The allegations in paragraphs 2, 4, and 5, of the Manner and Means section of Count One are incorporated and realleged here.

### OVERT ACTS

3. The allegations of paragraphs 4 through 15 of the Overt Acts section of Count One are incorporated and realleged here.

All in violation of Title 18, United States Code, Section 371.

## COUNTS EIGHT THROUGH TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 23, 2009, in Ephrata, in the Eastern District of Pennsylvania, at the approximate times listed below, defendants

**MICHAEL BOLLINGER,**
**TIMOTHY KASHNER, JR., and**
**NICOLE SAWYER**

knowingly sold, transferred, and delivered, and aided and abetted the sale, transfer, and delivery of counterfeit obligations of the United States, that is, counterfeit Federal Reserve Notes in the approximate amounts listed below with the intent that the counterfeit Federal Reserve Notes be passed, published, and used as true and genuine:

| COUNT | TIME | LOCATION | AMOUNT |
|---|---|---|---|
| 8 | 6:03 p.m. | Sheetz, 4179 Oregon Avenue, Ephrata, PA | $1,440.15 |
| 9 | 8:25 p.m. | Sheetz, 4179 Oregon Avenue, Ephrata, PA | $1,471.40 |
| 10 | 11:47 p.m. | Sheetz, 4179 Oregon Avenue, Ephrata, PA | $2,754.70 |

All in violation of Title 18, United States Code, Section 473 and 2.

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 6, 2009, in Ephrata, in the Eastern District of Pennsylvania, defendant

### MICHAEL BOLLINGER

with intent to defraud, possessed, passed, attempted to pass, and concealed falsely made, forged, and counterfeited obligations of the United States, that is, approximately $1,600 in counterfeit $20 Federal Reserve Notes.

In violation of Title 18, United States Code, Sections 472.

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**MICHAEL L. LEVY**
**United States Attorney**